

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **PETE R. ANDERSON**
(Please print)

STREET ADDRESS: **757 SO. KOLMAR**

CITY/STATE/ZIP: **CHICAGO ILL. 60624**

PHONE NUMBER: **(312) 802-5323**

CASE NUMBER: **08CV2171**
**JUDGE KENNELLY**
**MAG. JUDGE NOLAN**

_____  16-APRIL-08
Signature                                          Date

**FILED**

APR 1 6 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 6 2008