# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2171 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Anderson vs. Ozinga Chicago | | |

**DOCKET ENTRY TEXT**

Pete Anderson has filed a *pro se* complaint against his former employer Ozinga Chicago alleging discrimination based on his race and age. Mr. Anderson has not filed an application to proceed *in forma pauperis*, and as a result, the Court advises him that he must cause the defendant to be served with the complaint and a summons. Service must be performed by someone other than the plaintiff who is over 18 years old. The case is set for a status hearing on 7/23/08 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2188). Plaintiff is advised that he must appear in court on that date and time; if he fails to do so, the case may be dismissed for want of prosecution.

■[ For further details see text below.]      Docketing to mail notices.

## STATEMENT

Plaintiff Pete Anderson has filed a *pro se* complaint against his former employer, Ozinga Chicago, alleging that Ozinga terminated him due to his race and his age. Mr. Anderson alleges that he has filed a charge of discrimination with the EEOC and/or the Illinois Department of Human Rights but that he has not received a notice of right to sue. *See* Complaint ¶¶ 7.1 & 7.3. For that reason, Mr. Anderson's claims under the Age Discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act of 1964 are premature, as claims cannot be filed under those statutes until the plaintiff has exhausted administrative remedies. In contrast, Mr. Anderson's claim of race discrimination under 42 U.S.C. § 1981 may proceed, as exhaustion of administrative remedies is not required under that statute. Mr. Andersen is advised that he should advise the Court in writing if and when the EEOC issues him a notice of right to sue, because at that point he will be able to proceed on his ADEA and Title VII claims.

| | Courtroom Deputy Initials: | mk |
|---|---|---|