# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2171 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Anderson vs. Ozinga | | |

**DOCKET ENTRY TEXT**

Plaintiff fails to appear for status hearing. Case is dismissed for want of prosecution.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|